# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | Jointly Administered |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS, | |
| Plaintiff, | Adversary Proceeding Case No. 24-04004 (MG) |
| v. | |
| ANTOINE CASTEL, *et al.*, | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY ADVERSARY PROCEEDING NO. 24-04004 AS TO ARBEN KANE

This matter coming before the Court on the *Plaintiff's Motion to Stay Adversary Proceeding No. 24-04004 as to Arben Kane* (the "Motion to Stay") in the above-captioned Adversary Proceeding, Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated post-effective date debtors ("Plaintiff" or the "Litigation Administrator"), moved to stay the claims against Arben Kane by name in Adversary Proceeding No. 24-04004 pending resolution of the Motion for Default Judgment[2] pursuant to Rule 16(b)(4) of the Federal Rules of

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 1209 Orange Street, Wilmington, Delaware 19801.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

Civil Procedure, made applicable by Rule 7016 of the Federal Rules of Bankruptcy Procedure, as well as the Court's inherent authority, and the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (c) this matter is a core proceeding under 28 U.S.C. § 157; (d) due and proper notice of the Motion to Stay has been given and no further or other notice is necessary; (e) service of the Motion to Stay was proper; and (f) the Court having reviewed the Motion to Stay and supporting materials, and having determined that the legal and factual bases set forth in the Motion to Stay and supporting materials establish just cause for the relief granted herein:

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Stay is **GRANTED**.

2.      All proceedings in Adversary Proceeding No. 24-04004 with respect to the claims against Arben Kane as a specifically named defendant are stayed until further order of the Court.

3.      Notwithstanding any other provision of this Order, Plaintiff may continue to pursue claims against other defendants in this and in separate adversary proceedings, including Wallet Owner 0xd3C8e3E8DCD89Ae98fBa866dB20ae72DC2Ee75a3 in Adversary Proceeding No. 24-04004, and Wallet Owner 0xd3C8e3E8DCD89Ae98fBa866dB20ae72DC2Ee75a3, Wallet Owner 0xbf7c232b80ad3131d69234cc820ccd26a3f6a823, and Wallet Owner 0x6c7Ce9f8aFA19976f8 BFa233EEed5b0a72d4E16c in Adversary Proceeding No. 24-04005.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

[*remainder of page intentionally left blank*]

Dated: New York, New York

                  , 2026

 

                                        SO ORDERED:

                                          _____

THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE